### CLARK et al. v. CAMP.

HILL, J. No complaint is made of any error of law having been committed on the trial. The evidence was sufficient to support the verdict for the plaintiff, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 1268. JULY 17, 1919.

Equitable petition. Before Judge Jones. Stephens superior court. November 8, 1918.

*Fermor Barrett* and *McMillan & Erwin,* for plaintiffs in error.

*G. G. Allen* and *Claude Bond,* contra.